IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

        Plaintiff,                No. 2:12-cv-0630 GGH P

    vs.

F. ZHANG, et al.,

        Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, filed an action pursuant to 42 U.S.C. § 1983 and requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff, having consented to the jurisdiction of the undersigned,[1] this court adjudicated plaintiff's in forma pauperis request and determined that plaintiff is barred by the three-strikes provision of 28 U.S.C. § 1915(g) from proceeding in this action in forma pauperis. See Order, filed on April 19, 2012 (docket # 5). Accordingly, plaintiff was ordered to pay the $350.00 filing fee in full for a civil rights action within twenty-eight days and cautioned that failure to do so would result in dismissal of this action.

        Plaintiff has failed to pay the filing fee or to otherwise respond to the court's order and the time for doing so has expired.

---

[1] See docket entry # 4, consent form signed/dated March 19, 2012, filed on March 26, 2012.

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3  DATED: June 8, 2012

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE