IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

     Plaintiff,          No. 2:12-cv-0630 AC P

  vs.

F. ZHANG, et al.,

     Defendants.        ORDER

_____/

        On October 3, 2012, plaintiff filed a request for judicial notice. ECF No. 9. On January 9, 2013, plaintiff filed a proposed first amended complaint. ECF No. 10. This civil rights action was closed on June 11, 2012. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: January 22, 2013.

                                         /s/ Allison Claire
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE

AC:009
step0630.ord

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26